FILED
ASHEVILLE, NC
APR 0 1 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONTAVIS RAHEEM PRESSLEY | DOCKET NO. 1:25CR - 24 -MR - WCM<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES**:

**COUNT ONE**

On or about August 13, 2024, in Cleveland County, within the Western District of North Carolina and elsewhere, the defendant,

**DONTAVIS RAHEEM PRESSLEY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Glock model 43, 9 mm caliber pistol and ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Glock model 43, 9 mm caliber pistol, and ammunition seized during the investigation.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
COREY F. ELLIS
ASSISTANT UNITED STATES ATTORNEY